ISMAIL J. RAMSEY (CABN 189820)
United States Attorney

THOMAS A. COLTHURST (CABN 99493)
Chief, Criminal Division

SAILAJA M. PAIDIPATY (NYBN 5160007)
CHRIS KALTSAS (NYBN 5490602)
Assistant United States Attorney

   450 Golden Gate Avenue, Box 36055
   San Francisco, California 94102-3495
   Telephone: (415) 436-7200
   FAX: (415) 436-7234
   sailaja.paidipaty@usdoj.gov
   chris.kaltsas2@usdoj.gov

Attorneys for United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | NO. CR 21-0119 BLF / CR-01699 MAG |
| Plaintiff, ) | **STIPULATION TO CONTINUE STATUS CONFERENCE** AND [PROPOSED] ORDER |
| v. ) | |
| SURYANARAYANA MURTHY BOBBA, ) | |
| Defendant. ) | |

     Defendant Suranarayana Murthy Bobba, by and through his counsel, and the United States, by and through undersigned counsel, hereby stipulate and agree as follows:

     The above-captioned matter is currently scheduled for a status conference on July 18, 2023. The parties request additional time to discuss possible resolutions to the case. The parties therefore agree and jointly request that the status hearing conference now set for July 18, 2023 be continued to October 10, 2023.

     The parties stipulate and agree that excluding time from July 18, 2023, through and including October 10, 2023, will allow for the effective preparation of counsel. *See* 18 U.S.C. § 3161(h)(7)(B)(iv). The parties further stipulate and agree that the ends of justice served by excluding the

1  time from July 18, 2023, through and including October 10, 2023, from computation under the Speedy
2  Trial Act outweigh the best interests of the public and the defendant in a speedy trial. 18 U.S.C. §§
3  3161(h)(7)(A), (B)(ii)-(iv).
4        IT IS SO STIPULATED.

6  DATED:     July 14, 2023                    Respectfully submitted,
7                                              ISMAIL J. RAMSEY
                                                United States Attorney
8
9                                              ____/s/_____
                                                SAILAJA M. PAIDIPATY
10                                              CHRIS KALTSAS
                                                Assistant United States Attorneys
11
12 DATED:     July 14, 2023                    ____/s/_____
                                                JANICE W. REICHER
13                                              HILARY C. KRASE
                                                FARELLA BRAUN + MARTEL LLP
14                                              Counsel for Suranarayana Murthy Bobba

**[PROPOSED] ORDER**

With agreement of the parties and for the reasons stated above, the status conference currently set for July 18, 2023, is hereby continued to October 10, 2023.

Based upon the facts and representations set forth in the stipulation of the parties, and for good cause shown, the Court finds that failing to exclude the time from July 18, 2023, through and including October 10, 2023, would unreasonably deny defense counsel and the defendant the reasonable time necessary for effective preparation, taking into account the exercise of due diligence. 18 U.S.C. § 3161(h)(7)(B)(iv). The Court further finds that the ends of justice served by excluding the time from July 18, 2023, through and including October 10, 2023, from computation under the Speedy Trial Act outweigh the best interests of the public and the defendant in a speedy trial.

Therefore, and with the consent of the parties, IT IS HEREBY ORDERED that the time from July 18, 2023, through and including October 10, 2023, shall be excluded from computation under the Speedy Trial Act. 18 U.S.C. §§ 3161(h)(7)(A), (B)(iv).

IT IS SO ORDERED.

DATED:

_____
HON. BETH LABSON FREEMAN
United States District Judge