1  ISMAIL J. RAMSEY (CABN 189820)
   United States Attorney
2
   THOMAS A. COLTHURST (CABN 99493)
3  Chief, Criminal Division

4  SAILAJA M. PAIDIPATY (NYBN 5160007)
   CHRIS KALTSAS (NYBN 5490602)
5  Assistant United States Attorney

6      450 Golden Gate Avenue, Box 36055
       San Francisco, California 94102-3495
7      Telephone: (415) 436-7200
       FAX: (415) 436-7234
8      sailaja.paidipaty@usdoj.gov
       chris.kaltsas2@usdoj.gov
9
   Attorneys for United States of America
10
                           UNITED STATES DISTRICT COURT
11
                          NORTHERN DISTRICT OF CALIFORNIA
12
                                   SAN JOSE DIVISION
13

14 | UNITED STATES OF AMERICA,        ) NO. 23-cr-00119-BLF
                                      )
15 |        Plaintiff,                 ) **STIPULATION TO CONTINUE STATUS**
                                      ) **CONFERENCE** AND [~~PROPOSED~~] ORDER
16 |     v.                            )
                                      )
17 | SURYANARAYANA MURTHY BOBBA,      )
                                      )
18 |        Defendant.                 )
                                      )
19

20      Defendant Suranarayana Murthy Bobba, by and through his counsel, and the United States, by

21 and through undersigned counsel, hereby stipulate and agree as follows:

22      The above-captioned matter is currently scheduled for a status conference on July 18, 2023. The

23 parties request additional time to discuss possible resolutions to the case. The parties therefore agree and

24 jointly request that the status hearing conference now set for July 18, 2023 be continued to October 10,

25 2023.

26      The parties stipulate and agree that excluding time from July 18, 2023, through and including

27 October 10, 2023, will allow for the effective preparation of counsel. *See* 18 U.S.C. §

28 3161(h)(7)(B)(iv). The parties further stipulate and agree that the ends of justice served by excluding the

STIPULATION TO CONTINUE STATUS CONFERENCE
Case No. 21-CR-0119 BLF                         1

1  time from July 18, 2023, through and including October 10, 2023, from computation under the Speedy
2  Trial Act outweigh the best interests of the public and the defendant in a speedy trial. 18 U.S.C. §§
3  3161(h)(7)(A), (B)(ii)-(iv).
4      IT IS SO STIPULATED.
5
6  DATED:  July 14, 2023      Respectfully submitted,
7      ISMAIL J. RAMSEY
    United States Attorney
8
9      /s/
10      SAILAJA M. PAIDIPATY
    CHRIS KALTSAS
    Assistant United States Attorneys
11
12  DATED:  July 14, 2023      /s/
    JANICE W. REICHER
13      HILARY C. KRASE
    FARELLA BRAUN + MARTEL LLP
14      Counsel for Suranarayana Murthy Bobba

**[PROPOSED] ORDER**

With agreement of the parties and for the reasons stated above, the status conference currently set for July 18, 2023, is hereby continued to October 10, 2023.

Based upon the facts and representations set forth in the stipulation of the parties, and for good cause shown, the Court finds that failing to exclude the time from July 18, 2023, through and including October 10, 2023, would unreasonably deny defense counsel and the defendant the reasonable time necessary for effective preparation, taking into account the exercise of due diligence. 18 U.S.C. § 3161(h)(7)(B)(iv). The Court further finds that the ends of justice served by excluding the time from July 18, 2023, through and including October 10, 2023, from computation under the Speedy Trial Act outweigh the best interests of the public and the defendant in a speedy trial.

Therefore, and with the consent of the parties, IT IS HEREBY ORDERED that the time from July 18, 2023, through and including October 10, 2023, shall be excluded from computation under the Speedy Trial Act. 18 U.S.C. §§ 3161(h)(7)(A), (B)(iv).

IT IS SO ORDERED.

DATED: July 14, 2023

_____
HON. BETH LABSON FREEMAN
United States District Judge