1  ISMAIL J. RAMSEY (CABN 189820)
   United States Attorney
2
   THOMAS A. COLTHURST (CABN 99493)
3  Chief, Criminal Division

4  SAILAJA M. PAIDIPATY (NYBN 5160007)
   CHRIS KALTSAS (NYBN 5490602)
5  Assistant United States Attorney

6       450 Golden Gate Avenue, Box 36055
        San Francisco, California 94102-3495
7       Telephone: (415) 436-7200
        FAX: (415) 436-7234
8       sailaja.paidipaty@usdoj.gov
        chris.kaltsas2@usdoj.gov
9
   Attorneys for United States of America
10
                     UNITED STATES DISTRICT COURT
11
                  NORTHERN DISTRICT OF CALIFORNIA
12
                          SAN JOSE DIVISION
13

14  UNITED STATES OF AMERICA,              )   NO. 23-CR-0119 BLF
                                           )
15            Plaintiff,                    )   STIPULATION TO CONTINUE AND CONVERT
                                           )   STATUS CONFERENCE AND [PROPOSED]
16       v.                                 )   ORDER
                                           )
17  SURYANARAYANA MURTHY BOBBA,            )
                                           )
18            Defendant.                    )
                                           )
19  _____   )

20        Defendant Suranarayana Murthy Bobba, by and through his counsel, and the United States, by

21  and through undersigned counsel, hereby stipulate and agree as follows:

22        The above-captioned matter is currently scheduled for a status conference on October 10, 2023.

23  The parties have reached a preliminary resolution to the case. The parties therefore agree and jointly

24  request that the status hearing conference now set for October 10, 2023, be converted into a change of

25  plea hearing and set for December 19, 2023.  The parties plan to proceed with a change of plea on that

26  date.

27        The parties stipulate and agree that excluding time from October 10, 2023, through and including

28  December 19, 2023, will allow for the effective preparation of counsel.  *See* 18 U.S.C. §

STIPULATION TO CONTINUE STATUS CONFERENCE
Case No. 23-CR-0119 BLF                           1

1  3161(h)(7)(B)(iv). The parties further stipulate and agree that the ends of justice served by excluding the

2  time from October 10, 2023, through and including December 19, 2023, from computation under the

3  Speedy Trial Act outweigh the best interests of the public and the defendant in a speedy trial. 18 U.S.C.

4  §§ 3161(h)(7)(A), (B)(ii)-(iv).

5         IT IS SO STIPULATED.

6

7  DATED:        September 26, 2023              Respectfully submitted,

8                                               ISMAIL J. RAMSEY
                                                 United States Attorney
9

10                                              _____
                                                              /s/
11                                              CHRIS KALTSAS
                                                 SAILAJA M. PAIDIPATY
                                                 Assistant United States Attorneys
12

13  DATED:       September 26, 2023             _____
                                                              /s/
14                                              JANICE W. REICHER
                                                 HILARY C. KRASE
                                                 FARELLA BRAUN + MARTEL LLP
15                                              Counsel for Suranarayana Murthy Bobba

16

17

18

19

20

21

22

23

24

25

26

27

28

1

2

**[PROPOSED] ORDER**

3

With agreement of the parties and for the reasons stated above, the status conference currently

4

set for October 10, 2023, is hereby converted to a change of plea hearing and set for December 19, 2023.

5

Based upon the facts and representations set forth in the stipulation of the parties, and for good

6

cause shown, the Court finds that failing to exclude the time from October 10, 2023, through and

7

including December 19, 2023, would unreasonably deny defense counsel and the defendant the

8

reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

9

18 U.S.C. § 3161(h)(7)(B)(iv). The Court further finds that the ends of justice served by excluding the

10

time from October 10, 2023, through and including December 19, 2023, from computation under the

11

Speedy Trial Act outweigh the best interests of the public and the defendant in a speedy trial.

12

Therefore, and with the consent of the parties, IT IS HEREBY ORDERED that the time from

13

October 10, 2023, through and including December 19, 2023, shall be excluded from computation under

14

the Speedy Trial Act. 18 U.S.C. §§ 3161(h)(7)(A), (B)(iv).

15

IT IS SO ORDERED.

16

17

DATED:

18

_____
HON. BETH LABSON FREEMAN
United States District Judge

19

20

21

22

23

24

25

26

27

28