ISMAIL J. RAMSEY (CABN 189820)
United States Attorney

THOMAS A. COLTHURST (CABN 99493)
Chief, Criminal Division

SAILAJA M. PAIDIPATY (NYBN 5160007)
CHRIS KALTSAS (NYBN 5490602)
Assistant United States Attorney

 450 Golden Gate Avenue, Box 36055
 San Francisco, California 94102-3495
 Telephone: (415) 436-7200
 FAX: (415) 436-7234
 sailaja.paidipaty@usdoj.gov
 chris.kaltsas2@usdoj.gov

Attorneys for United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | NO. CR 23-119 BLF |
| Plaintiff, | ORDER APPROVING STIPULATION TO CONTINUE STATUS CONFERENCE AND CONVERT TO CHANGE OF PLEA AND TO EXCLUDE TIME |
| v. | |
| SURYANARAYANA MURTHY BOBBA, | |
| Defendant. | |

 Defendant Suranarayana Murthy Bobba, by and through his counsel, and the United States, by and through undersigned counsel, hereby stipulate and agree as follows:

 The above-captioned matter is currently scheduled for a status conference on October 10, 2023. The parties have reached a preliminary resolution to the case. The parties therefore agree and jointly request that the status hearing conference now set for October 10, 2023, be converted into a change of plea hearing and set for December 19, 2023. The parties plan to proceed with a change of plea on that date.

 The parties stipulate and agree that excluding time from October 10, 2023, through and including December 19, 2023, will allow for the effective preparation of counsel. *See* 18 U.S.C. §

STIPULATION TO CONTINUE STATUS CONFERENCE
Case No. 23-CR-0119 BLF       1

3161(h)(7)(B)(iv). The parties further stipulate and agree that the ends of justice served by excluding the time from October 10, 2023, through and including December 19, 2023, from computation under the Speedy Trial Act outweigh the best interests of the public and the defendant in a speedy trial. 18 U.S.C. §§ 3161(h)(7)(A), (B)(ii)-(iv).

IT IS SO STIPULATED.

DATED:  September 26, 2023        Respectfully submitted,

ISMAIL J. RAMSEY
United States Attorney

_____/s/_____
CHRIS KALTSAS
SAILAJA M. PAIDIPATY
Assistant United States Attorneys

DATED:  September 26, 2023        _____/s/_____
JANICE W. REICHER
HILARY C. KRASE
FARELLA BRAUN + MARTEL LLP
Counsel for Suranarayana Murthy Bobba

**[~~PROPOSED~~] ORDER**

With agreement of the parties and for the reasons stated above, the status conference currently set for October 10, 2023, is hereby converted to a change of plea hearing and set for December 19, 2023.

Based upon the facts and representations set forth in the stipulation of the parties, and for good cause shown, the Court finds that failing to exclude the time from October 10, 2023, through and including December 19, 2023, would unreasonably deny defense counsel and the defendant the reasonable time necessary for effective preparation, taking into account the exercise of due diligence. 18 U.S.C. § 3161(h)(7)(B)(iv). The Court further finds that the ends of justice served by excluding the time from October 10, 2023, through and including December 19, 2023, from computation under the Speedy Trial Act outweigh the best interests of the public and the defendant in a speedy trial.

Therefore, and with the consent of the parties, IT IS HEREBY ORDERED that the time from October 10, 2023, through and including December 19, 2023, shall be excluded from computation under the Speedy Trial Act. 18 U.S.C. §§ 3161(h)(7)(A), (B)(iv).

IT IS SO ORDERED.

DATED: October 2, 2023

_____
HON. BETH LABSON FREEMAN
United States District Judge