ISMAIL J. RAMSEY (CABN 189820)
United States Attorney

MARTHA BOERSCH (CABN 126569)
Chief, Criminal Division

SAILAJA M. PAIDIPATY (NYBN 5160007)
Assistant United States Attorney

    450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102-3495
    Telephone: (415) 436-7200
    FAX: (415) 436-7234
    sailaja.paidipaty@usdoj.gov

Attorneys for United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>  v.<br><br>RICHARD SZE,<br><br>    Defendant. | NO. CR 23-0118 BLF<br>[FILED APRIL 24, 2023] |
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>  v.<br><br>SAGIREDDY PULLA REDDY,<br><br>    Defendant. | NO. CR 23-0489 EJD<br>[FILED DECEMBER 19, 2023]<br><br>NOTICE OF RELATED CASE IN A CRIMINAL ACTION |

    The United States of America, pursuant to Local Criminal Rule 8-1, hereby notifies the Court that the two above-captioned criminal cases are related. Both cases arise from the same set of facts. The government alleges that Richard Sze, the defendant in Case No. 23-0118 BLF, conspired with Sagireddy

Pulla Reddy, the defendant in Case No. 23-0489 EJD, and others, to defraud a U.S. corporation identified in the underlying Information as "Company-1." In addition to these defendants, the government has charged two other co-conspirators, Kevin Chao, Case No. 23-0119 BLF, and Suryanarayana Murthy Bobba, Case No. 23-0222 BLF. Because those cases were assigned to the Honorable Beth L. Freeman, U.S. District Judge, the government did not file a Related Case Notice. Defendants Sze, Chao, and Bobba have entered guilty pleas before Judge Freeman and the cases are proceeding to sentencing. Because the defendants are alleged to have participated in the same conspiracy, the cases are related within the meaning of Local Rule 8-1(b)(1) because they involve the same events and occurrences. Furthermore, the cases are related within the meaning of Local Rule 8-1(b)(2) because, if heard by separate judges, the actions likely would involve substantial duplication of labor by the two judges.

Per the requirement of Local Criminal Rule 8-1(c)(4), government counsel states that assignment of these cases to a single judge is likely to conserve judicial resources and promote an efficient determination of each action.

DATED: December 20, 2023

Respectfully submitted,

ISMAIL J. RAMSEY
United States Attorney

_____/s_____
SAILAJA M. PAIDIPATY
Assistant United States Attorney

NOTICE OF RELATED CASES
U.S. v. RICHARD SZE
U.S. v. REDDY                                                                v. 7/10/2018